NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3075

CECELIA ANN WRIGHT,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. AT844E090742-I-1.

ON MOTION

ORDER

Cecelia Ann Wright moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 25 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Cecelia Ann Wright
     Jeanne E. Davidson, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 25 2010

JAN HORBALY
CLERK